**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6954**

NORMAN RUFFIN,

             Plaintiff – Appellant,

       v.

(FIRST NAME UNKNOWN)  CALHOUN, Medical Doctor, LVCC; (FIRST
NAME UNKNOWN)  CLEMENTS, Medical Doctor, LVCC; (FIRST NAME
UNKNOWN)   LANGFORD, Medical  Doctor, LVCC; (FIRST  NAME
UNKNOWN)   HIGHTOWER, Medical  Nurse,  LVCC; (FIRST  NAME
UNKNOWN) D. GOODE, Medical Director, LVCC,

             Defendants - Appellees.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Norfolk.    Robert  G.  Doumar,  Senior
District Judge.  (2:16-cv-00186-RGD-DEM)

Submitted:  October 17, 2016           Decided:  October 25, 2016

Before NIEMEYER, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Norman Ruffin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Ruffin appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to comply with its prior order. See Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. Ballard v. Carlson, 882 F.2d 93, 95 (4th Cir. 1989). We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. Ruffin v. Calhoun, No. 2:16-cv-00186-RGD-DEM (E.D. Va. June 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED